FILED

2020 FEB 12 PM 4: 16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:20-cr-27-J-32PDB

18 U.S.C. § 3146(a)(2)

SALVATORE MARTINUCCI

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or about August 7, 2018, and continuing through in or about December 18, 2019, in the Middle District of Florida, and elsewhere, the defendant,

SALVATORE MARTINUCCI,

having previously been convicted in United States District Court on a charge of trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320(a), a felony punishable by a term of imprisonment of not more than 10 years, and having been sentenced to a term of 3 months' imprisonment on June 19, 2018, in *United*

1

*States v. Salvatore Martinucci*, Case No. 3:17-cr-68-J-32PDB, did knowingly and willfully fail to surrender for service of sentence pursuant to a court order.

In violation of 18 U.S.C. § 3146(a)(2) and (b)(A)(ii).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Kelly S. Karase
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

2

FORM OBD-34
2/11/20 Revised

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SALVATORE MARTINUCCI

## INDICTMENT

Violations: Ct. 1:   18 U.S.C. § 3146(a)(2)

A true bill,

_____[signature]_____
Foreperson

Filed in open court this __12th__ day

of February, 2020.

_____[signature]_____
Clerk

Bail   $_____

GPO 863 525